PHILLIP A. TALBERT
United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:10-CR-00336-DAD |
| Plaintiff, | ORDER DISMISSING INDICTMENT AS TO SERGIO RAMIREZ-GUZMAN AND RECALLING ARREST WARRANT |
| v. | |
| SERGIO RAMIREZ-GUZMAN, | |
| Defendant. | |

**ORDER**

The United States has moved to dismiss the indictment against Sergio Ramirez-Guzman, filed August 12, 2010. The Court, having reviewed the motion, finds that the motion is made in good faith. Accordingly, the Court hereby orders that the indictment against Sergio Ramirez-Guzman is dismissed without prejudice.

IT IS SO ORDERED.

Dated:  **April 26, 2024**

_/s/ Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE